UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN J. HUMPHREY,

    Defendant.

Case No. 3:22-cr-27

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

# ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc No. 13)

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Steven J. Humphrey's guilty plea.  Doc. No. 13.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant Humphrey's plea of guilty as charged in count one of the information, which charges him with wire fraud in violation of 18 U.S.C. § 1343.  *Id*.; *see* Doc. No. 2.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **October 18, 2022 at 2:00 PM**.

    **IT IS SO ORDERED.**

June 15, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge