UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:22-cr-27

vs.

STEVEN J. HUMPHREY,                District Judge Michael J. Newman

    Defendant.

---

**ORDER REQUIRING DEFENDANT TO REPORT TO HIS DESIGNATED UNITED STATES BUREAU OF PRISONS ("BOP") FACILITY AS NOTIFIED BY THE BOP OR THE UNITED STATES MARSHALS SERVICE, NOT BEFORE JULY 26, 2024**

---

        Pursuant to the record of the telephone conference on April 26, 2024, and in the absence of objection by counsel for either party, the Court **ORDERS** Defendant Steven J. Humphrey to report to his designated BOP facility as directed by the BOP or the United States Marshals Service, **not before July 26, 2024**.

        **IT IS SO ORDERED.**

        <u>April 26, 2024</u>                                           s/*Michael J. Newman*
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge

cc:    U.S. Marshals Service
        Dayton, Ohio

        U.S. Probation and Pretrial Services
        Dayton, Ohio